IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:21-cv-00498-FL

| | | |
|---|---|---|
| HUSAM A. MANSOUR and CLAUDETTE MANSOUR, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| 3M COMPANY, et al., | ) ) | |
| Defendants. | ) ) | |

THIS MATTER is before the Court upon motion by Plaintiffs HUSAM A. MANSOUR and CLAUDETTE MANSOUR and Defendant ROGERS CORPORATION to dismiss without prejudice all claims against Defendant ROGERS CORPORATION in this matter [Doc. 180].

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against ROGERS CORPORATION without prejudice and that the motion should be granted for good cause shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the motion is GRANTED, and the action of Plaintiffs against the Defendant ROGERS CORPORATION is DISMISSED without prejudice, with each party to bear its own costs.

This, the 4th day of April, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge