IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:21-cv-00498-FL

| | |
|---|---|
| HUSAM A. MANSOUR and CLAUDETTE MANSOUR, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| 3M COMPANY, et al., | ) ) ) |
| Defendants. | ) |

ORDER

THIS MATTER is before the Court upon motion by Plaintiffs HUSAM A. MANSOUR and CLAUDETTE MANSOUR and Defendant INDUSTRY PRODUCTS COMPANY to dismiss without prejudice all claims against Defendant INDUSTRY PRODUCTS COMPANY in this matter [Doc. 189].

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against INDUSTRY PRODUCTS COMPANY without prejudice and that the motion should be granted for good cause shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the motion is GRANTED, and the action of Plaintiffs against the Defendant INDUSTRY PRODUCTS COMPANY is DISMISSED without prejudice, with each party to bear its own costs.

This, the 3rd day of August, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge